# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. CR413-171 |
| | ) | |
| VERNON DOWLINGS | ) | |

## AMENDED REPORT AND RECOMMENDATION

In light of the showing made by attorney John R. Thigpen, Sr., doc. 52, the Court **AMENDS** its July 10, 2014 Report and Recommendation (doc. 47) to recommend that no sanctions be imposed upon him. The expense he has incurred in failing to timely file his "Notice of Counsel's Post-Conviction Obligations" is sufficient to deter future omissions.

**SO REPORTED AND RECOMMENDED** this  30th  day of July, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA