FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 SEP 26 PM 3:09

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR413-171
)
VERNON DOWLINGS, )
)
Defendant. )
)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 54) and subsequent Amended Report and Recommendation (Doc. 53), to which no objections have been filed.[1] After a careful de novo review of the record, the report and recommendation, as amended, is **ADOPTED** as the Court's opinion in this case. In addition, Defendant's Motion for Leave to Appeal In Forma Pauperis is **DISMISSED AS MOOT** based on Defendant's voluntary dismissal of his appeal (Doc. 55).

SO ORDERED this 26th day of September 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant's counsel objected to the initial Report and Recommendation, prompting the amendment. (Doc. 52.) Counsel did not object to the Amended Report and Recommendation.