IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | CASE NO. CR413-171 |
| VERNON DOWLINGS, | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is Defendant Vernon Dowlings's Motion to Correct Name. (Doc. 62.) In his motion, Defendant contends that his last name is Dowling. (Doc. 62 at 1.) However, Defendant's indictment, judgment, and the vast majority of his filings all use the surname Dowlings. In addition, the record in this case contains no information, other than Defendant's motion, indicating that Defendant's surname has been misspelled. For these reasons, Defendant's Motion to Correct Name (Doc. 62) is **DENIED**.

SO ORDERED this 18th day of January 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U.S. DISTRICT COURT
Southern District of GA
Filed in Office

1/18/2018 M

Deputy Clerk