IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR413-171
)
VERNON DOWLINGS, )
)
Defendant. )
)

## ORDER

Before the Court is Defendant Vernon Dowlings's Motion for Reconsideration (Doc. 122), to which the Government has responded in opposition (Doc. 123). In the motion, Defendant seeks reconsideration of this Court's order (Doc. 121) denying his motion for compassionate release (Doc. 119). After carefully reviewing Defendant's motion and the record in this case, the Court can find no reason to disturb its prior order. Defendant still has not provided this Court with evidence that his brain tumor is terminal or that he has exhausted his administrative remedies. Accordingly, Defendant's motion (Doc. 122) is **DENIED**.

SO ORDERED this 30th day of December 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA