GAS 245D    (Rev. 06/21) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| | ) | (For Revocation of Probation or Supervised Release) |
| v. | ) | |
| Vernon Dowlings | ) | Case Number:  4:13CR00171-2 |
| | ) | USM Number:  18600-021 |
| | ) | Skye Ellen Musson |
| | | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory conditions, Violations 1, 2, and 3, of the term of supervision.

☒ was found in violation of mandatory condition, Violation 5, after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | June 13, 2021 |
| 2 | The defendant committed another federal, state, or local crime (mandatory condition). | October 27, 2021 |
| 3 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | October 25, 2021 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated mandatory condition, Violation 4, and is discharged as to such violation.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No:  7906

Defendant's Year of Birth:  1984

City and State of Defendant's Residence:

Blackshear, Georgia

January 24, 2022
Date of Imposition of Judgment

Signature of Judge

William T. Moore, Jr.
Judge, U.S. District Court
Name and Title of Judge

JAN. 27, 2022
Date

GAS 245D        (Rev. 06/21) Judgment in a Criminal Case for Revocations

Judgment— Page 2 of 3

DEFENDANT:      Vernon Dowlings
CASE NUMBER:    4:13CR00171-2

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 5 | The defendant committed another federal, state, or local crime (mandatory condition). | October 31, 2021 |

DEFENDANT: Vernon Dowlings
CASE NUMBER: 4:13CR00171-2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>24 months</u>

☒ The Court makes the following recommendations to the Bureau of Prisons:
Designation to the federal facility in Jesup, Georgia, or Marianna, Florida, is recommended.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____  ☐ a.m.  ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL