**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

v.

VERNON DOWLING,

Defendant.

CASE NO.: 4:13-cr-171

**O R D E R**

On April 3, 2025, the Court denied Defendant's request for a certificate of rehabilitation. (Doc. 160.) The Court denied Defendant's Motion for Reconsideration of that Order on March 25, 2026. (Doc. 163.) On April 1, 2026, Defendant filed a Motion to Compel Ruling on Rule 59(e) Motion, (doc. 164), a Petition for Writ of Mandamus, (doc. 166), and a Petition for Certificate of Rehabilitation, (doc. 167). It appears Defendant mailed these pleadings to the Court before he received the Court's March 25, 2026, Order. In his first two motions, (docs. 164, 167), Defendant sought to have this Court rule on his Motion for Reconsideration. The Court **DENIES** those Motions (docs. 164, 166) as **MOOT** because the Court has already denied his Motion for Reconsideration. The Court **DENES** Defendant's Petition for a Certificate of Rehabilitation, (doc. 167), for the reasons stated in the Court's prior Orders, (docs. 160, 163).

**SO ORDERED**, this 23rd day of September, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA